**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000489
20-MAR-2025
08:34 AM
Dkt. 46 OAWST**

NO. CAAP-24-0000489

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant,
v.
SHAWN KHOUNDARA, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-22-0001370)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the March 17, 2025 Stipulation to Dismiss Appeal (**Stipulation**) filed by Plaintiff-Appellant State of Hawaiʻi, the papers in support, and the record, it appears that (1) the appeal has been docketed, (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and to bear their own fees and costs, and (3) the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own fees and costs.

DATED:  Honolulu, Hawaiʻi, March 20, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge